UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-05192MAA                                    Date: September 29, 2025

Title   Theresa Brooke v. 1601 State Street Hotel Investors LP

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:            Attorneys Present for Defendant:
N/A                                                                        N/A

**Proceedings (in Chambers):**   ORDER RE: SERVICE IN CIVIL ACTION

This civil action was filed on June 7, 2025.  (ECF No. 1.)  On June 11, 2025, pursuant to the Magistrate Judge Direct Assignment Program ("MJDAP"), the Clerk of Court filed a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment"). (Notice, ECF No. 5.)  Among other things, the Notice of Assignment advises the parties that this case has been assigned to U.S. Magistrate Judge Maria A. Audero for all purposes and that any party may decline to consent to that assignment according to the schedule set forth for such declination. (*See generally* Notice.)

Pursuant to the Federal Rule of Civil Procedure ("Rule") 4(m), Plaintiff is required to serve process in this action within ninety (90) days after commencement of the action.  *See* Fed. R. Civ. P. 4(m).  Pursuant to Central District of California Local Rule ("Local Rule") 73-2.1, Plaintiff also is required to service the Notice of Assignment on each newly served party or party added to the case at the time of service of the summons and complaint. *See* C.D. Cal. L.R. 73-2.1.  However, a review of the docket reveals that no proof of service indicating compliance with either Rule 4(m) or Local Rule 73-2.1 has been filed in the action.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** no later than **October 29, 2025** why this Court should not recommend that the action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order by filing a proof of service.

It is so ordered.